446 A.2d 687

Commonwealth v. Favors, Appellant.

Submitted November 4, 1981. Elaine De-Masse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.